SAMMY M. HARRIS #79531
Plaintiff/Pro. Per.
P.O. Box 208 [SDCC]
Indian Springs, Nev. 89070-0208

2010 SEP 29 P 12:56

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

SAMMY M. HARRIS,
    Plaintiff,

VS.

HOWARD SKOLNIK, et.al.,
    Defendants.

Case No.: 2:10-cv-00365-RLH-(PAL)

## PLAINTIFFS MOTION FOR EXTENSION OF TIME TO RESPOND TO STATES DEFENDANTS OPPOSITION TO THE PLAINTIFFS PRELIMINARY INJUNCTION (FIRST REQUEST)

COMES NOW, Plaintiff, SAMMY M. HARRIS, by way of pro se, moves this Honorable Court for an additional (15) days to respond to Defendants Opposition to Plaintiffs Preliminary Injunction (Doc. 2). This motion is made and based on the pleadings and papers on file, Memorandum of Points and Authorities herein, and the oral argument and evidence presented at any hearing on this matter.

    Allegations of a "pro se" complaint are held to a less stringent standard than those formal pleadings drafted by lawyers. <u>Haines v. Kerner</u>, 404 U.S. 519, 520 (1972).

## MEMORANDUM OF POINTS AND AUTHORITIES

Fed. R. Civ. P. 6(b) provides in pertinent part:

(1) In General. When an act may or must be done within a specified time, the Court may, for good cause, extend the time:
(A) with or without motion or notice if the Courts acts, or or if a request is made, before the original time or it's extension expires;....

On September 15, 2010, the Defendants filed an Opposition to the Plaintiffs Motion for Preliminary Injunction. On September 16, 2010, the Plaintiff received a copy of the Defendants Opposition to the Plaintiffs Preliminary Injunction. On September 17, 2010, The Plaintiff received the Court Order requiring that this Plaintiff file a reply to the Defendants Opposition by September 22, 2010. This Plaintiff lives in an enviroment where movement is resricted and access to the prison law library is by appointment only and it takes at least 7 days to get to the prison law library. The prison law library is the only way to send out legal mail and you are only allowed to do this by appointment only. This Plaintiff Can Not meet such deadlines such as these where this Plaintiff has only a mere 5 to 7 days to do research and prepare a response to the Defendants Oppositions to the Plaintiffs claims. This Plaintiff is not an attorney so he should not be held to the same standards as one. Haines v. Kerner, 404 U.S. 519, 520 (1972).

Based upon the foregoing, said Plaintiff request an additional fifteen (15) days for each response. Said Plaintiffs response to Defendants Opposition to Plaintiff Preliminary Injunction would be due on or before September 30, 2010, and said Plaintiffs response to Defendants Opposition to Plaintiffs complant would be due on or before October 15, 2010.

2

Dated this 21 day of September, 2010.

Respectfully submitted,
Sammy M. Harris #79531
Plaintiff/Pro. Per.

*[signature]*

IT IS SO ORDERED.

_____
CHIEF UNITED STATES DISTRICT JUDGE

DATED: September 30, 2010

# CERTIFICATE OF SERVICE

I, _Sammy Harris_, hereby certify that I am the Petitioner in this matter and I am representing myself *in propria persona*.

On this _24_ day of _September_, _2010_, I served copies of the _Plaintiff's Request for Time Extention (First Request)_ in Case No. _2:10-cv-365-RLH-PAL_, and placed said document(s) in the United States Mail, first-class postage prepaid, addressed as follows:

Clerk, U.S. District Court
District of Nevada
Lloyd D. George, U.S. Courthouse
333 Las Vegas Blvd. So. - Rm. 1334
Las Vegas, Nev. 89101

# DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he is the Petitioner in the above-entitled action, and he has read this Certificate of Service and the information contained therein is true and correct.

Executed pursuant to 28 U.S.C. § 1746 and 18 U.S.C. § 1621 at _Southern Desert Correctional Center_ on this _24_ day of _September_, _2010_.

NDOC No. _74531_

Petitioner – *In Propria Persona*