# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SAMMY HARRIS,<br><br>　　　　　　　　　Plaintiff,<br><br>vs.<br><br>HOWARD SKOLNICK, et al.,<br><br>　　　　　　　　　Defendants. | Case No. 2:10-cv-00365-RLH-PAL<br><br>**ORDER**<br><br>(Mtn for Free Copies - Dkt. #22) |

　　　　This matter is before the court on Plaintiff's Motion to Receive Free Copy Work from the Courts (Dkt. #22) filed September 29, 2010.  Plaintiff, who is proceeding *pro se* and *in forma pauperis,* requests that the court provide Plaintiff with a copy of the following documents: "Civil Complaint, Civil Injunction, and Temporary Restraining Order, and any and all motions, pleadings, orders, requests, and affidavits made by the Defendants."  Plaintiff states that he was temporarily transferred to a different prison for medical reasons, and he lost these documents.  Plaintiff asserts he is unable to pay to have these documents replaced.

　　　　The statute providing authority to proceed *in forma pauperis*, 28 U.S.C. § 1915, does not include the right to obtain court documents without payment.  *See id.*  Although the Ninth Circuit has not spoken on the issue, courts in other jurisdictions have not allowed plaintiffs proceeding *in forma pauperis* to receive free copies of documents from the court without the plaintiff demonstrating a specific showing of need.  *See, e.g., Collins v. Goord,* 438 F.Supp. 2d 399 (S.D.N.Y. 2006); *Guinn v. Hoecker,* 43 F.3d 1483 (10th Cir. 1994) (no right to free copy of any document in record unless plaintiff demonstrates specific need); *In re Richard*, 914 F.2d 1526 (6th Cir. 1990) (28 U.S.C. § 1915 does not give litigant right to have documents copied at government expense); *Douglas v. Green*, 327 F.2d 661, 662 (6th Cir. 1964) (no free copy of court orders).

Plaintiff requests a copy of any and all motions, pleadings, orders, requests and affidavits made by the Defendants in this case stating that, during the period when he was temporarily transferred to a facility for medical reasons, he lost a copy of his civil complaint. Plaintiff has been receiving documents filed with the court as is evidenced by his requests for extensions of time. The court will direct the Clerk of the Court to send Plaintiff a copy of the docket sheet which identifies all pleadings and papers on file, and a copy of docket numbers 3-7. Plaintiff's request for a copy of the entire file in this matter is **DENIED** without prejudice. If Plaintiff has a specific need for additional documents, he may file a renewed motion for the documents which states his specific need and provides a copy of Plaintiff's inmate balance sheet to demonstrate he cannot afford to pay for the copies.

Accordingly,

**IT IS ORDERED** that Plaintiff's Motion for Free Copies (Dkt. #22) is **GRANTED in part** and **DENIED in part.** The Clerk of Court shall provide Plaintiff with a copy of the docket sheet and docket numbers 3-7.

Dated this 5th day of October, 2010.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE