# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| SAMMY M. HARRIS,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>HOWARD SKOLNIK, *et. al.*,<br><br>　　　　　　　　Defendants. | Case No. 2:10-cv-00365-RLH-GWF<br><br>**ORDER**<br><br>Request for Status (#43) |

This matter is before the Court on Plaintiff's Request for a Status Update (#43), filed January 24, 2011. The Court will grant this request and have the Clerk of the Court provide Plaintiff with a copy of the Docket Sheet. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Request for a Status Update (#43) is **granted**. The Clerk of the Court shall prepare a copy of the docket sheet regarding case 2:10-cv-00365-RLH-GWF and send it to Plaintiff at the current address on file for Plaintiff with the Court.

DATED this 26th day of January, 2011.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　**GEORGE FOLEY, JR.**
　　　　　　　　　　　　　　　　　　　　**UNITED STATES MAGISTRATE JUDGE**