1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

SAMMY M. HARRIS,                          )
                                          )
                          Plaintiff,      )          Case No. 2:10-cv-00365-RLH-GWF
                                          )
vs.                                       )          **ORDER**
                                          )
HOWARD SKOLNIK, *et. al.*,                )
                                          )
                          Defendants.     )
_____)

        This matter is before the Court on the Defendants' failure to file a status report.  The Minutes of

Proceedings (#46) dated February 4, 2011, required the Defendants to file a status report no later than

April 1, 2011.  To date Defendants have not complied.  Accordingly,

        **IT IS ORDERED** counsel for Defendants shall file an status report no later than **April 15,**

**2011**.

        DATED this 5th day of April, 2011.


                                          _____
                                          GEORGE FOLEY, JR.
                                          United States Magistrate Judge