# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| SAMMY M. HARRIS, | ) |
| Plaintiff, | ) Case No. 2:10-cv-00365-RLH-GWF |
| vs. | ) **ORDER** |
| HOWARD SKOLNIK, *et. al.*, | ) **Defendants' Request to Vacate Settlement Conference - #65** |
| Defendants. | ) |

This matter is before the Court on Defendants' Request to Vacate Settlement Conference (#65) filed July 14, 2011.  Upon review and consideration,

**IT IS ORDERED** that Defendants' Request to Vacate Settlement Conference (#65) is **granted**. The settlement conference currently set for August 9, 2011 is **vacated** and will be rescheduled after Plaintiff has filed his amended complaint and the court has screened the same.

DATED this 18th day of July, 2011.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge