# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

SAMMY M. HARRIS,

            Plaintiff,

vs.

HOWARD SKOLNIK, *et. al.*,

            Defendants.

Case No. 2:10-cv-00365-RLH-GWF

**ORDER**

Request for Clarification of Order to File Amended Complaint (Doc. 66) (#68)

      This matter is before the Court on Plaintiff's Request for Clarification of Order to File Amended Complaint (#68), filed June 28, 2011, and Defendant's Response to Plaintiff's Request for Clarification of Order to File Amended Complaint (#70), filed August 2, 2011.

      On August 2, 2011, subsequent to Plaintiff's Request for Clarification, the Plaintiff filed his First Amended Complaint (#71) in compliance with the Court's previous orders. (#62, 66.) The Plaintiff's First Amended Complaint is now submitted for screening pursuant to 28 U.S.C. § 1915(e). Accordingly,

      **IT IS HEREBY ORDERED** that Plaintiff's Request for Clarification of Order to File Amended Complaint (#68) is **denied** as moot.

      DATED this 4th day of August, 2011.

*George Foley Jr.*
**GEORGE FOLEY, JR.**
**UNITED STATES MAGISTRATE JUDGE**