# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

SAMMY M. HARRIS,

            Plaintiff,

vs.

HOWARD SKOLNIK, *et. al.*,

            Defendants.

Case No. 2:10-cv-00365-RLH-GWF

**ORDER**

Motion Requesting Free Copy Work From The Courts (#67)

       This matter is before the Court on Plaintiff's Motion Requesting Free Copy Work from the Court (#67), filed July 29, 2011, and Defendant's Response to Plaintiff's Motion Requesting Free Copy Work from the Courts (#69), filed on August 2, 2011.

       Plaintiff requests that the Court grant him free copy work from the Court to obtain a copy of the settlement statement that he provided to the Court or alternatively, that the Court return the settlement statement that was submitted in anticipation of the scheduled settlement conference. Plaintiff claims that because he was under the assumption that all his civil proceedings before the Court would be concluded by mid-July, he did not maintain a copy of the settlement statement. The Plaintiff's confusion is evidenced by his Request for Clarification of Order to File Amended Complaint (#68), filed on July 28, 2011. Plaintiff has attached his account statement showing his lack of funds.

       An *in forma pauperis* plaintiff is not entitled to receive free copies of documents from the court without the plaintiff demonstrating a specific showing of need for the copies requested. *See Spisak v. State of Nevada*, 2007 WL 1612293, *3 (D.Nev.2007). Although the Plaintiff has no right to receive free copies, because of the confusion surrounding the status of Plaintiff's civil rights action, the Court will provide Plaintiff a copy of the settlement statement he submitted to the Court. Further, Defendants have no opposition to the Court providing Plaintiff with a copy of his settlement statement. (#69)

Any future requests by Plaintiff for copies of submitted documents or free copy work will not be looked on favorably by the Court. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion Requesting Free Copy Work From the Courts (#67) is **denied**. However, the Court will send Plaintiff a copy of the original settlement statement submitted to the Court.

DATED this 9th day of August, 2011.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge