# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

SAMMY M. HARRIS,

               Plaintiff,

vs.

HOWARD SKOLNIK, et al.,

               Defendant.

Case No. 2:10-cv-00365-RLH-GWF

**ORDER**

Motion for Discovery (#78)

     This matter is before the Court on Plaintiff's Motion for Discovery (#78), filed on August 29, 2011.  Plaintiff requests the Court order Defendants to answer his requests for production of documents submitted to the Court.  Pursuant to LR 26-8, discovery papers, including requests for production of documents, shall not be filed with the Court.  All discovery requests should be served on the opposing party in compliance with the discovery rules. Accordingly,

     **IT IS HEREBY ORDERED** that Plaintiff's Motion for Discovery (#78) is **denied**.  The Clerk of the Court shall strike Plaintiff's Motion for Discovery (#78).

     DATED this 31st day of August, 2011.

                                       **GEORGE FOLEY, JR.**
                                       **UNITED STATES MAGISTRATE JUDGE**